IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JEREMY STEPHENS<br><br>　　　　Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.<br><br>　　　　Defendant. | Case No. 3:20-cv-00033-RLY-MPB<br><br>Removed from Gibson Superior Court I,<br>Civil Action No. 26D01-2001-CT-000069 |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Come the Plaintiff, Jeremy Stephens, by counsel, and the Defendant, CSX Transportation, Inc., by counsel, and jointly move this Court to dismiss the above-captioned case without prejudice, with each party to bear their own costs.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

*/s/ Rod D. Payne*　　　　　　　　　　　　　　*/s/ Douglas D. Small (with permission)*
Rodney D. Payne　　　　　　　　　　　　　　Douglas D. Small
*Attorney for Defendant,*　　　　　　　　　　*Attorney for Plaintiff,*
*CSX Transportation, Inc.*　　　　　　　　　　*Jeremy Stephens*
Boehl Stopher & Graves, LLP　　　　　　　　Foley & Small
400 West Market Street, Ste. 2300　　　　　　1002 E. Jefferson Blvd.
Louisville, KY  40202　　　　　　　　　　　South Bend, IN  46617
O- 502-589-5980　　　　　　　　　　　　　O- 574-288-7676
F- 502-561-9400　　　　　　　　　　　　　F- 574-288-4939
rdpayne@bsg-law.com　　　　　　　　　　　dsmall@foleyandsmall.com