IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JEREMY STEPHENS, <br><br> Plaintiff, <br><br> v. <br><br> CSX TRANSPORTATION, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 3:20-cv-00033-RLY-MPB <br> ) <br> ) Removed from Gibson Superior Court I, <br> ) Civil Action No. 26D01-2001-CT-000069 <br> ) |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties, by counsel, having jointly filed their motion to dismiss this case without prejudice, and this Court having reviewed the pleadings and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that all claims asserted by Plaintiff, Jeremy Stephens, in the above matter against Defendant, CSX Transportation, Inc., are hereby dismissed WITHOUT PREJUDICE, with each party to bear their own costs.

SO ORDERED this 28th day of October 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record